# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MARITZA PEREZ OVANDO, et al.,

    Plaintiffs,

v.                                                     Case No. 5:19-cv-464-RH/MJF

RAFAEL BARAJAS,

    Defendant.

_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. The court retains jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                            JESSICA J. LYUBLANOVITS,
                                                            CLERK OF COURT

March 31, 2020                  s/ Jeremy Wright
DATE                               Deputy Clerk